**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Watertech Holdings, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Watertech Equipment and Sales, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1983734** |

| | |
|---|---|
| 4. Debtor's address | **Principal place of business** |

**Principal place of business**

**238 Albemarle Road**
**Charleston, SC 29407**
Number, Street, City, State & ZIP Code

**Charleston**
County

**Mailing address, if different from principal place of business**

**Attn:  Bob Fei**
**4360 Corporate Road, Suite 100**
**North Charleston, SC 29405**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Watertech Holdings, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5617

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor    **Watertech Holdings, LLC**
_____    Case number (*if known*) _____
Name

---

**11.  Why is the case filed in**
**this district?**                *Check all that apply:*

☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**        ☑ No
**have possession of any**
**real property or personal**        ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**        _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

▮     **Statistical and administrative information**

**13.  Debtor's estimation of**        .     *Check one:*
**available funds**
☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**        ☐ 1-49            ☐ 1,000-5,000            ☐ 25,001-50,000
**creditors**
☑ 50-99            ☐ 5001-10,000            ☐ 50,001-100,000

☐ 100-199            ☐ 10,001-25,000            ☐ More than100,000

☐ 200-999

---

**15.  Estimated Assets**        ☐ $0 - $50,000            ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

---

**16.  Estimated liabilities**        ☐ $0 - $50,000            ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

---

Debtor    **Watertech Holdings, LLC**
_____
Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2020**
_____
MM / DD / YYYY

**X** **/s/ Robert Fei**
_____
Signature of authorized representative of debtor

**Robert Fei**
_____
Printed name

Title   **Manager**
_____

---

**18. Signature of attorney**

**X** **/s/ G. William McCarthy Jr.**
_____
Signature of attorney for debtor

Date   **February  6, 2020**
_____
MM / DD / YYYY

**G. William McCarthy Jr. 2762**
_____
Printed name

**McCarthy, Reynolds, & Penn, LLC**
_____
Firm name

**P. O. Box 11332**
**Columbia, SC 29211-1332**
_____
Number, Street, City, State & ZIP Code

Contact phone   **803-771-8836**
_____

Email address   _____

**2762 SC**
_____
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Watertech Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  6, 2020**         X **/s/ Robert Fei**
                                              Signature of individual signing on behalf of debtor

                                              **Robert Fei**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Watertech Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Albemarles Point Center SPE, LLC c/o Insite Properties, LLC PO Box 12571 Charlotte, NC 28220** | | | **Contingent** | | | $268,496.30 |
| **University of South Carolina Contract & Grant Accounting 1600 Hampton Street, Room #612 Columbia, SC 29201** | | | **Disputed** | | | $190,445.38 |
| **Path X Defense, LLC 5221 Viking Drive, Suite 120 Minneapolis, MN 55435** | | | | | | $140,000.00 |
| **3D Systems Incorporated PO Box 534963 Atlanta, GA 30353-4963** | | | **Contingent** | | | $92,600.00 |
| **Gray, Layton, Kersh Attorneys at Law PO Box 2636 Gastonia, NC 28053** | | | | | | $68,506.73 |
| **Cowan Strategies 19 Oronoco Street, Suite 101 Alexandria, VA 22314** | | | **Disputed** | | | $50,950.79 |
| **Lawton Hayes 3228 Industry Drive North Charleston, SC 29418** | | | | | | $50,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dennis Avery 887 Johnnie Dodds Boulevard, Ste. 226 Mount Pleasant, SC 29464 | | | Contingent | | | $50,000.00 |
| Florence Darlington Technical College Accounts Receivable 2715 W. Lucas Street Florence, SC 29501 | | | Disputed | | | $45,654.05 |
| Fish & Richardson, PC One Congress Plaza, Suite 810 111 Congress Avenue Austin, TX 78701 | | | | | | $43,517.50 |
| Greenacre Ventures 145 Bird Drive, Suite E Ketchum, ID 83340 | | | Disputed | | | $38,750.00 |
| UEC Electronics, LLC 5914 Howard Street Hanahan, SC 29410 | | | | | | $25,132.14 |
| Malcolm Fages 2508 Willington Court Mount Pleasant, SC 29466 | | | Disputed | | | $25,000.00 |
| DMR Consulting, LLC 3179 Woodlawn Lane Alexandria, VA 22309 | | | | | | $20,233.70 |
| Mulholland Consulting, LLC 1101 S. Arlington Ridge Road, Unit 807 Arlington, VA 22202 | | | | | | $20,154.30 |
| Rick M. Crosby 102 W. Shipyard Mount Pleasant, SC 29464 | | | Disputed | | | $20,000.00 |
| Etowah Group, LLC 252 Fairsailing Road Mount Pleasant, SC 29466 | | | Disputed | | | $20,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Watertech Holdings, LLC**                                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Austin Strategy Group, LLC 300 Beach Drive, NE, Apt. 209 Saint Petersburg, FL 33701** | | | | | | **$16,800.00** |
| **Keith Johnson 56 Redbay Road Elgin, SC 29045** | | | **Disputed** | | | **$16,657.36** |
| **Silicon Harbor Communications Attn:  Paul Swiergosz 1721 Wellstead Street Mount Pleasant, SC 29466** | | | | | | **$16,180.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Watertech Holdings, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................    $      **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................................    $      **2,115,000.00**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*...............................................................................................    $      **2,115,000.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **2,187,115.36**

4.   Total liabilities ...........................................................................................................
Lines 2 + 3a + 3b    $      **2,187,115.36**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Watertech Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

|  | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** **Balance - $-350 (Bank of America is listed as a creditor for this amt on Schedule F)** | **Checking** | **9988** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| 15.1. | **NABAS, Inc.** | 5% | % | Cost | $500,000.00 |
|---|---|---|---|---|---|

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.  **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.

| $500,000.00 |
|---|

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property "Know how" related to intellectual properties.** | $0.00 | Debtor estimate | $965,000.00 |

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | | |
    |---|---|
    | | $965,000.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

    | **NABAS, Inc.** | 650,000.00 | - | 0.00 | = | $650,000.00 |
    |---|---|---|---|---|---|
    | | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Watertech Holdings, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

---

**Breach of Contract - Nano / GFS Mold**                                                    **Unknown**

| Nature of claim | **Unliquidated** |
|---|---|
| Amount requested | **$0.00** |

---

**Claims against Barron Algae / Glenn Barrett**                                              **Unknown**

| Nature of claim | **Unliquidated** |
|---|---|
| Amount requested | **$0.00** |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          **$650,000.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $500,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $965,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $650,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,115,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,115,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Watertech Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Watertech Holdings, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,600.00 |
| --- | --- | --- | --- |
| | **3D Systems Incorporated**<br>**PO Box 534963**<br>**Atlanta, GA 30353-4963** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,616.00 |
| --- | --- | --- | --- |
| | **Aerosol Reasearch & Engineering Labs**<br>**15320 S. Cornice Street**<br>**Olathe, KS 66062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268,496.30 |
| --- | --- | --- | --- |
| | **Albemarles Point Center SPE, LLC**<br>**c/o Insite Properties, LLC**<br>**PO Box 12571**<br>**Charlotte, NC 28220** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $552.29 |
| --- | --- | --- | --- |
| | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Watertech Holdings, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $916.33 |
| --- | --- | --- | --- |

**AT&T Phone**
**PO Box 105262**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,550.00 |
| --- | --- | --- | --- |

**Auburn University Poultry Science Dept**
**201 Poultry Science Building**
**Auburn University, AL 36849-5416**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $351.26 |
| --- | --- | --- | --- |

**Bank of America**
**PO Box 25118**
**Tampa, FL 33622-5188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Overdraft**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,394.16 |
| --- | --- | --- | --- |

**Carolina Fluid Components, LLC**
**PO Box 601687**
**Charlotte, NC 28260-1687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.07 |
| --- | --- | --- | --- |

**Charleston Imaging Products, Inc.**
**3129 W. Montague Avenue**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $147.59 |
| --- | --- | --- | --- |

**Charleston Telecom Solutions**
**402 Glouchester Court**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $357.54 |
| --- | --- | --- | --- |

**Charleston Water System**
**PO Box 568**
**Charleston, SC 29402-0568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watertech Holdings, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.40** |
| --- | --- | --- | --- |
| | **Charter Communications**<br>**PO Box 742614**<br>**Cincinnati, OH 45274-2614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00** |
| --- | --- | --- | --- |
| | **Cherry Bekaert**<br>**1111 Metropolitian Avenue, Suite 1000**<br>**Charlotte, NC 28204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |
| | **Clear Strike, LLC**<br>**c/o Rick M. Crosby**<br>**802 Coleman Boulevard, Ste 101**<br>**Mount Pleasant, SC 29464** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.81** |
| --- | --- | --- | --- |
| | **Comcast**<br>**PO Box 105184**<br>**Atlanta, GA 30348-5184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,950.79** |
| --- | --- | --- | --- |
| | **Cowan Strategies**<br>**19 Oronoco Street, Suite 101**<br>**Alexandria, VA 22314** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
| --- | --- | --- | --- |
| | **David Pobiak**<br>**12000 N. Bay Shore Drive, Suite 202**<br>**Miami, FL 33181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,572.00** |
| --- | --- | --- | --- |
| | **David Stern**<br>**147 Tradd Street**<br>**Charleston, SC 29401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Watertech Holdings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Dennis Avery**
**887 Johnnie Dodds Boulevard, Ste. 226**
**Mount Pleasant, SC 29464**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$50,000.00**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

**Detection Tek Holdings, LLC**
**PO Box 18118**
**Boulder, CO 80308**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$3,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

**DMR Consulting, LLC**
**3179 Woodlawn Lane**
**Alexandria, VA 22309**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$20,233.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

**Eric Frische**
**17084 Knots Landing**
**Addison, TX 75001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$3,342.64**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

**Etowah Group, LLC**
**252 Fairsailing Road**
**Mount Pleasant, SC 29466**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$20,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

**Fish & Richardson, PC**
**One Congress Plaza, Suite 810**
**111 Congress Avenue**
**Austin, TX 78701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$43,517.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

**Florence Darlington Technical College**
**Accounts Receivable**
**2715 W. Lucas Street**
**Florence, SC 29501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.        **$45,654.05**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Watertech Holdings, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,300.00** |
|---|---|---|---|

**Forager Systems, Inc.**
**186 Seven Farms Drive, Suite F400**
**Charleston, SC 29492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$548,241.24** |
|---|---|---|---|

**Globial Financial Services Consulting**
**23 John Galt Way**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68,506.73** |
|---|---|---|---|

**Gray, Layton, Kersh**
**Attorneys at Law**
**PO Box 2636**
**Gastonia, NC 28053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,750.00** |
|---|---|---|---|

**Greenacre Ventures**
**145 Bird Drive, Suite E**
**Ketchum, ID 83340**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,657.36** |
|---|---|---|---|

**Keith Johnson**
**56 Redbay Road**
**Elgin, SC 29045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,000.00** |
|---|---|---|---|

**Kenneth Metzger**
**5456 Waterleaf Drive**
**Clarence, NY 14031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Lawton Hayes**
**3228 Industry Drive**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Watertech Holdings, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Malcolm Fages**
**2508 Willington Court**
**Mount Pleasant, SC 29466**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,131.20**

**Mark Peterson**
**7800 Computer Avenue, No. 125**
**Minneapolis, MN 55435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,133.49**

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,154.30**

**Mulholland Consulting, LLC**
**1101 S. Arlington Ridge Road, Unit 807**
**Arlington, VA 22202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**NC State Student Centers**
**Campus Box 7294**
**Raleigh, NC 27695**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,340.00**

**Oilfield Labs of America, LLC**
**PO Box 60023**
**Midland, TX 79711**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140,000.00**

**Path X Defense, LLC**
**5221 Viking Drive, Suite 120**
**Minneapolis, MN 55435**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Watertech Holdings, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,058.35** |
|---|---|---|---|
| | **Preferred Logistics, Inc.**<br>**12714 Settemont Road**<br>**Missouri City, TX 77489** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Rick M. Crosby**<br>**102 W. Shipyard**<br>**Mount Pleasant, SC 29464** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Robert Fei**<br>**202 Beresford Creek Street**<br>**Charleston, SC 29492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|
| | **Rogers & Brown Custom Brokers, Inc.**<br>**PO Box 20160**<br>**Charleston, SC 29413-0160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **Scott Alderson**<br>**23 John Galt Way**<br>**Mount Pleasant, SC 29464** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$362.80** |
|---|---|---|---|
| | **Service Master NCR**<br>**Attn:  Greg Gandee**<br>**7551 Fordson Road**<br>**Alexandria, VA 22306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,180.00** |
|---|---|---|---|
| | **Silicon Harbor Communications**<br>**Attn:  Paul Swiergosz**<br>**1721 Wellstead Street**<br>**Mount Pleasant, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Watertech Holdings, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,140.00** |
|---|---|---|---|

**Technology Sciences Group, Inc.**
**1150 18th Street, NW**
**Suite 1000**
**Washington, DC 20036**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,800.00** |
|---|---|---|---|

**The Austin Strategy Group, LLC**
**300 Beach Drive, NE, Apt. 209**
**Saint Petersburg, FL 33701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,132.14** |
|---|---|---|---|

**UEC Electronics, LLC**
**5914 Howard Street**
**Hanahan, SC 29410**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190,445.38** |
|---|---|---|---|

**University of South Carolina**
**Contract & Grant Accounting**
**1600 Hampton Street, Room #612**
**Columbia, SC 29201**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33.82** |
|---|---|---|---|

**UPS Lockbox 577**

**Carol Stream, IL 60132-0577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,187.12** |
|---|---|---|---|

**UPS/UPS SCS Dallas**
**PO Box 650690**
**Dallas, TX 75265-0690**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **Watertech Holdings, LLC**                              Case number (*if known*)
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b.  **+** | $ _____ **2,187,115.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **2,187,115.36** |

**Fill in this information to identify the case:**

Debtor name    **Watertech Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Watertech Holdings, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Watertech Holdings, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  License Revenue | **$1,812,782.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | **Sale of R&D Equipment** | **$60,000.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | | Case number *(if known)* | |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Watertech 2018-CP-10-3412** | **Derivative Suit** | **Court of Common Pleas Charleston, SC** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Watertech Holdings, LLC** | Case number *(if known)* |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McCarthy, Reynolds & Penn, LLC**<br>**1517 Laurel Street**<br>**Columbia, SC 29201** | | **11/07/2018 -**<br>**2019 -** | **$25,000**<br>**$34,264.48** |
| | | | | **$59,264.48** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

Debtor    **Watertech Holdings, LLC**                                                    Case number *(if known)*

| Address | Dates of occupancy From-To |
| --- | --- |
| 14.1. **238 Albemarle Road** **Charleston, SC 29407** | **2/2016 to 8/2017** |
| 14.2. **887 Johnnie Dodds Boulevard** **Suite 226** **Mount Pleasant, SC 29464** | **10/2014 to 2/2016** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor    **Watertech Holdings, LLC**                                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

　　■ No.
　　☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

　　■ No.
　　☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

　　■ No.
　　☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Debtor | **Watertech Holdings, LLC** | Case number (if known) |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Keith Johnson**<br>**56 Redbay Road**<br>**Elgin, SC 29045** | **10/2014-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Keith Johnson**<br>**56 Redbay Road**<br>**Elgin, SC 29045** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Keith Johnson** | **56 Redbay Road**<br>**Elgin, SC 29045** | **Manager** | **7.96%** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Robert Fei** | **202 Beresford Creek Street**<br>**Charleston, SC 29492** | **Manager** | **1.81%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    **Watertech Holdings, LLC**                                         Case number *(if known)*

■ No

□ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

□ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

□ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

□ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  6, 2020**

**/s/ Robert Fei**                                              **Robert Fei**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

□ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of South Carolina

In re __Watertech Holdings, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 59,264.48 |
| Prior to the filing of this statement I have received | $ | 59,264.48 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Above is retainer only.  Fees billed hourly as outlined in Application to Employ to be filed at a future date.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __February  6, 2020__ | __/s/ G. William McCarthy Jr.__ |
| Date | **G. William McCarthy Jr. 2762** |
| | *Signature of Attorney* |
| | **McCarthy, Reynolds, & Penn, LLC** |
| | **P. O. Box 11332** |
| | **Columbia, SC 29211-1332** |
| | **803-771-8836  Fax: 803-753-6960** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
### District of South Carolina

In re **Watertech Holdings, LLC**

Case No.

Debtor(s)

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charlie Strickland**<br>**17 Santa Anita**<br>**San Antonio, TX 78261** | | **230** | **1.81%** |
| **Chris Whelchel**<br>**3601 Country Club Drive**<br>**Gastonia, NC 28056** | | **160** | **1.26%** |
| **David Pobiak**<br>**12000 N. Bay Shore Drive, #202**<br>**Miami, FL 33181** | | **132** | **1.04%** |
| **David Stern**<br>**147 Tradd Street**<br>**Charleston, SC 29401** | | **558** | **4.39** |
| **Dr. Charles Gudas**<br>**3 Motley Lane**<br>**Charleston, SC 29401** | | **236** | **1.86** |
| **Eric A. Frische and/or Muffet S. Frische**<br>**Trustees of the Adventure Trust**<br>**17084 Knotts Landing**<br>**Addison, TX 75001** | | **1,350** | **10.61%** |
| **Forager Investment Group, LLC**<br>**186 Seven Farms Drive, Ste. F 400**<br>**Charleston, SC 29492** | | **225** | **1.77%** |
| **Kevin Lyden**<br>**17 Guerard Road**<br>**Charleston, SC 29407** | | **27** | **0.21%** |
| **Lake Avenue Ventures, LLC**<br>**23 John Galt Way**<br>**Mount Pleasant, SC 29464** | | **1,168** | **9.18%** |
| **Lawton Hayes**<br>**PO Box 40549**<br>**Charleston, SC 29423** | | **288** | **2.27%** |
| **Malcolm Fages**<br>**2508 Willington Court**<br>**Mount Pleasant, SC 29466** | | **100** | **0.79%** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **Watertech Holdings, LLC** _____     Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Kelley**<br>**37 Broughton Road**<br>**Charleston, SC 29407** | | **54** | **0.42%** |
| **Path X Defense, LLC**<br>**5221 Viking Drive, Ste.120**<br>**Bloomington, MN 55435** | | **100** | **0.79%** |
| **Patricia Christine Fei, Trustee of the**<br>**James R. Rei Revocable Trust**<br>**4360 Corporate Road**<br>**North Charleston, SC 29405** | | **600** | **4.72%** |
| **Patricia Fei**<br>**4360 Corporate Road**<br>**North Charleston, SC 29405** | | **54** | **0.42%** |
| **PMH/JHH Investments, LP**<br>**3302 S. WW White Road**<br>**San Antonio, TX 78220** | | **5212** | **40.97** |
| **Richard Shea**<br>**70 Commodore Road**<br>**Chappaqua, NY 10514** | | **54** | **0.42%** |
| **Robert Fei**<br>**202 Beresford Creek Street**<br>**Charleston, SC 29492** | | **230** | **1.81** |
| **Sujit Joe Vattenky**<br>**24203 1st Avenue SE**<br>**Bothell, WA 98021** | | **100** | **0.79%** |
| **TCAB Holdings, LLC**<br>**2507 Washington**<br>**San Antonio, TX 78261** | | **230** | **1.81%** |
| **Tectrucks, LLC**<br>**887 Johnnie Dodds Blvd, Suite 226**<br>**Mount Pleasant, SC 29464** | | **600** | **4.71%** |
| **TNF Gothics, LLC**<br>**56 Redbay Road**<br>**Elgin, SC 29045** | | **1,013** | **7.96%** |

List of equity security holders consists of 3 total page(s)

In re:   **Watertech Holdings, LLC** _____          Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **February  6, 2020** _____          Signature   **/s/ Robert Fei** _____

                                                                              **Robert Fei**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re    **Watertech Holdings, LLC**                           Case No. _____

                                         Debtor(s)            Chapter     **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

       (a)     _____ computer diskette

       (b)     _____ scannable hard copy
(number of sheets submitted _____)

       (c)     __**X**__ electronic version filed via CM/ECF

Date:    **February  6, 2020**                 **/s/ Robert Fei**

                                            **Robert Fei/Manager**
                                            Signer/Title

Date:    **February  6, 2020**                 **/s/ G. William McCarthy Jr.**

                                            Signature of Attorney
                                            **G. William McCarthy Jr. 2762**
                                            **McCarthy, Reynolds, & Penn, LLC**
                                            **P. O. Box 11332**
                                            **Columbia, SC 29211-1332**
                                            **803-771-8836   Fax: 803-753-6960**
                                            Typed/Printed Name/Address/Telephone

                                            **2762 SC**
                                            District Court I.D. Number

3D SYSTEMS INCORPORATED
PO BOX 534963
ATLANTA GA 30353-4963


AEROSOL REASEARCH & ENGINEERING LABS
15320 S. CORNICE STREET
OLATHE KS 66062


ALBEMARLES POINT CENTER SPE, LLC
C/O INSITE PROPERTIES, LLC
PO BOX 12571
CHARLOTTE NC 28220


AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463


AT&T PHONE
PO BOX 105262
ATLANTA GA 30348


AUBURN UNIVERSITY POULTRY SCIENCE DEPT
201 POULTRY SCIENCE BUILDING
AUBURN UNIVERSITY AL 36849-5416


BANK OF AMERICA
PO BOX 25118
TAMPA FL 33622-5188


CAROLINA FLUID COMPONENTS, LLC
PO BOX 601687
CHARLOTTE NC 28260-1687


CHARLESTON IMAGING PRODUCTS, INC.
3129 W. MONTAGUE AVENUE
NORTH CHARLESTON SC 29418


CHARLESTON TELECOM SOLUTIONS
402 GLOUCHESTER COURT
SUMMERVILLE SC 29485


CHARLESTON WATER SYSTEM
PO BOX 568
CHARLESTON SC 29402-0568

CHARLIE STRICKLAND
17 SANTA ANITA
SAN ANTONIO TX 78261


CHARTER COMMUNICATIONS
PO BOX 742614
CINCINNATI OH 45274-2614


CHERRY BEKAERT
1111 METROPOLITIAN AVENUE, SUITE 1000
CHARLOTTE NC 28204


CHRIS WHELCHEL
3601 COUNTRY CLUB DRIVE
GASTONIA NC 28056


CLEAR STRIKE, LLC
C/O RICK M. CROSBY
802 COLEMAN BOULEVARD, STE 101
MOUNT PLEASANT SC 29464


COMCAST
PO BOX 105184
ATLANTA GA 30348-5184


COWAN STRATEGIES
19 ORONOCO STREET, SUITE 101
ALEXANDRIA VA 22314


DAVID POBIAK
12000 N. BAY SHORE DRIVE, SUITE 202
MIAMI FL 33181


DAVID STERN
147 TRADD STREET
CHARLESTON SC 29401


DENNIS AVERY
887 JOHNNIE DODDS BOULEVARD, STE. 226
MOUNT PLEASANT SC 29464


DETECTION TEK HOLDINGS, LLC
PO BOX 18118
BOULDER CO 80308

DMR CONSULTING, LLC
3179 WOODLAWN LANE
ALEXANDRIA VA 22309


DR. CHARLES GUDAS
3 MOTLEY LANE
CHARLESTON SC 29401


ERIC A. FRISCHE AND/OR MUFFET S. FRISCHE
TRUSTEES OF THE ADVENTURE TRUST
17084 KNOTTS LANDING
ADDISON TX 75001


ERIC FRISCHE
17084 KNOTS LANDING
ADDISON TX 75001


ETOWAH GROUP, LLC
252 FAIRSAILING ROAD
MOUNT PLEASANT SC 29466


FISH & RICHARDSON, PC
ONE CONGRESS PLAZA, SUITE 810
111 CONGRESS AVENUE
AUSTIN TX 78701


FLORENCE DARLINGTON TECHNICAL COLLEGE
ACCOUNTS RECEIVABLE
2715 W. LUCAS STREET
FLORENCE SC 29501


FORAGER INVESTMENT GROUP, LLC
186 SEVEN FARMS DRIVE, STE. F 400
CHARLESTON SC 29492


FORAGER SYSTEMS, INC.
186 SEVEN FARMS DRIVE, SUITE F400
CHARLESTON SC 29492


GLOBIAL FINANCIAL SERVICES CONSULTING
23 JOHN GALT WAY
MOUNT PLEASANT SC 29464

GRAY, LAYTON, KERSH
ATTORNEYS AT LAW
PO BOX 2636
GASTONIA NC 28053


GREENACRE VENTURES
145 BIRD DRIVE, SUITE E
KETCHUM ID 83340


KEITH JOHNSON
56 REDBAY ROAD
ELGIN SC 29045


KENNETH METZGER
5456 WATERLEAF DRIVE
CLARENCE NY 14031


KEVIN LYDEN
17 GUERARD ROAD
CHARLESTON SC 29407


LAKE AVENUE VENTURES, LLC
23 JOHN GALT WAY
MOUNT PLEASANT SC 29464


LAWTON HAYES
3228 INDUSTRY DRIVE
NORTH CHARLESTON SC 29418


LAWTON HAYES
PO BOX 40549
CHARLESTON SC 29423


MALCOLM FAGES
2508 WILLINGTON COURT
MOUNT PLEASANT SC 29466


MARK PETERSON
7800 COMPUTER AVENUE, NO. 125
MINNEAPOLIS MN 55435


MCMASTER-CARR
PO BOX 7690
CHICAGO IL 60680-7690

MIKE KELLEY
37 BROUGHTON ROAD
CHARLESTON SC 29407


MULHOLLAND CONSULTING, LLC
1101 S. ARLINGTON RIDGE ROAD, UNIT 807
ARLINGTON VA 22202


NC STATE STUDENT CENTERS
CAMPUS BOX 7294
RALEIGH NC 27695


OILFIELD LABS OF AMERICA, LLC
PO BOX 60023
MIDLAND TX 79711


PATH X DEFENSE, LLC
5221 VIKING DRIVE, SUITE 120
MINNEAPOLIS MN 55435


PATH X DEFENSE, LLC
5221 VIKING DRIVE, STE.120
BLOOMINGTON MN 55435


PATRICIA CHRISTINE FEI, TRUSTEE OF THE
JAMES R. REI REVOCABLE TRUST
4360 CORPORATE ROAD
NORTH CHARLESTON SC 29405


PATRICIA FEI
4360 CORPORATE ROAD
NORTH CHARLESTON SC 29405


PMH/JHH INVESTMENTS, LP
3302 S. WW WHITE ROAD
SAN ANTONIO TX 78220


PREFERRED LOGISTICS, INC.
12714 SETTEMONT ROAD
MISSOURI CITY TX 77489


RICHARD SHEA
70 COMMODORE ROAD
CHAPPAQUA NY 10514

RICK M. CROSBY
102 W. SHIPYARD
MOUNT PLEASANT SC 29464


ROBERT FEI
202 BERESFORD CREEK STREET
CHARLESTON SC 29492


ROGERS & BROWN CUSTOM BROKERS, INC.
PO BOX 20160
CHARLESTON SC 29413-0160


SCOTT ALDERSON
23 JOHN GALT WAY
MOUNT PLEASANT SC 29464


SERVICE MASTER NCR
ATTN: GREG GANDEE
7551 FORDSON ROAD
ALEXANDRIA VA 22306


SILICON HARBOR COMMUNICATIONS
ATTN: PAUL SWIERGOSZ
1721 WELLSTEAD STREET
MOUNT PLEASANT SC 29466


SUJIT JOE VATTENKY
24203 1ST AVENUE SE
BOTHELL WA 98021


TCAB HOLDINGS, LLC
2507 WASHINGTON
SAN ANTONIO TX 78261


TECHNOLOGY SCIENCES GROUP, INC.
1150 18TH STREET, NW
SUITE 1000
WASHINGTON DC 20036


TECTRUCKS, LLC
887 JOHNNIE DODDS BLVD, SUITE 226
MOUNT PLEASANT SC 29464

THE AUSTIN STRATEGY GROUP, LLC
300 BEACH DRIVE, NE, APT. 209
SAINT PETERSBURG FL 33701


TNF GOTHICS, LLC
56 REDBAY ROAD
ELGIN SC 29045


UEC ELECTRONICS, LLC
5914 HOWARD STREET
HANAHAN SC 29410


UNIVERSITY OF SOUTH CAROLINA
CONTRACT & GRANT ACCOUNTING
1600 HAMPTON STREET, ROOM #612
COLUMBIA SC 29201


UPS LOCKBOX 577
CAROL STREAM IL 60132-0577


UPS/UPS SCS DALLAS
PO BOX 650690
DALLAS TX 75265-0690

# United States Bankruptcy Court
### District of South Carolina

In re  **Watertech Holdings, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Watertech Holdings, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  6, 2020**

Date

**/s/ G. William McCarthy Jr.**

**G. William McCarthy Jr. 2762**

Signature of Attorney or Litigant

Counsel for  **Watertech Holdings, LLC**

**McCarthy, Reynolds, & Penn, LLC**
**P. O. Box 11332**
**Columbia, SC 29211-1332**
**803-771-8836 Fax:803-753-6960**