**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

Watertech Holdings, LLC.,[1]

Debtor.

Chapter 11

Case No. 20-00662-jw

**CERTIFICATE OF SERVICE**

I, the undersigned Sally Ann Beall, an employee with McCarthy, Reynolds, & Penn, LLC, Attorneys for the Debtor, do hereby certify, under penalty of perjury, that I have served **the Notice of Hearing [Doc. 8]; the Motion for Order Establishing Bidding and Other Procedures in Connection With the Sale of Assets of the Debtor and Granting Protections to the Proposed Purchase and Memorandum in Support [Doc. 7]; and the Debtor's Motion for Order Authorizing the Sale of Assets of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Other Interests Pursuant to 11 U.S.C. Sec. 363 [Doc. 6],** upon the creditors and other parties in interest, as shown on the attached list, and that same was served by depositing in the US Postal Service, first-class mail, postage prepaid, on the 6th day of March, 2020, in Columbia, SC.

McCARTHY, REYNOLDS, & PENN, LLC

March 6, 2020
Columbia, South Carolina

/s/ Sally Ann Beall
Sally Ann Beall
1517 Laurel Street (29201)
Post Office Box 11332
Columbia, South Carolina   29211-1332
(803) 771-8836

---

[1] The last four digits of the Debtor's tax identification number are 3734.  The address of the Debtor's corporate headquarters is 238 Albemarle Rd., Charleston, SC 29407.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 20-00662-jw<br>District of South Carolina<br>Charleston<br>Tue Mar  3 12:00:04 EST 2020 | 3D Systems Incorporated<br>PO Box 534963<br>Atlanta GA 30353-4963 | AT&T Mobility<br>PO Box 6463<br>Carol Stream IL 60197-6463 |
| AT&T Phone<br>PO Box 105262<br>Atlanta GA 30348-5262 | Aerosol Reasearch & Engineering Labs<br>15320 S. Cornice Street<br>Olathe KS 66062-7519 | Albemarles Point Center SPE, LLC<br>c/o Insite Properties, LLC<br>123 West Morehead St., Ste 150<br>Charlotte NC 28208 |
| Auburn University Poultry Science Dept<br>201 Poultry Science Building<br>Auburn University AL 36849-5416 | Bank of America<br>PO Box 25118<br>Tampa FL 33622-5118 | Carolina Fluid Components, LLC<br>PO Box 601687<br>Charlotte NC 28260-1687 |
| Charleston Imaging Products, Inc.<br>c/o Sean P. Mummert<br>2216 Black Oak Court<br>Mt Pleasant SC  29464 | Charleston Telecom Solutions<br>402 Glouchester Court<br>Summerville SC 29485-8050 | CHARLESTON WATER SYSTEM<br>PO BOX B<br>CHARLESTON SC 29402-0017 |
| Charlie Strickland<br>17 Santa Anita<br>San Antonio TX 78261-2312 | Charter Communications<br>PO Box 742614<br>Cincinnati OH 45274-2614 | Cherry Bekaert<br>1111 Metropolitian Avenue, Suite 900<br>Charlotte NC 28204-3413 |
| Chris Whelchel<br>3601 Country Club Drive<br>Gastonia NC 28056-1619 | Clear Strike, LLC<br>c/o Rick M. Crosby<br>802 Coleman Boulevard, Ste 101<br>Mount Pleasant SC 29464-4048 | Comcast<br>PO Box 105184<br>Atlanta GA 30348-5184 |
| Cowan Strategies<br>19 Oronoco Street, Suite 101<br>Alexandria VA 22314 | DMR Consulting, LLC<br>3179 Woodlawn Lane<br>Alexandria VA 22309-2232 | David Pobiak<br>12000 N. Bay Shore Drive, Suite 202<br>Miami FL 33181-2950 |
| David Stern<br>147 Tradd Street<br>Charleston SC 29401-2417 | Detection Tek Holdings, LLC<br>PO Box 18118<br>Boulder CO 80308-1118 | |
| Dr. Charles Gudas<br>3 Motley Lane<br>Charleston SC 29401-2016 | Eric A. Frische and/or Muffet S. Frische<br>Trustees of the Adventure Trust<br>17084 Knotts Landing<br>Addison TX 75001-5029 | Eric Frische<br>17084 Knots Landing<br>Addison TX 75001-5029 |
| Etowah Group, LLC<br>252 Fairsailing Road<br>Mount Pleasant SC 29466-8167 | Fish & Richardson, PC<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin TX 78701-4050 | Florence Darlington Technical College<br>Accounts Receivable<br>2715 W. Lucas Street<br>Florence SC 29501-1242 |

| | | |
|---|---|---|
| Forager Investment Group, LLC<br>186 Seven Farms Drive, Ste. F 400<br>Charleston SC 29492-8510 | Forager Systems, Inc.<br>186 Seven Farms Drive, Suite F400<br>Charleston SC 29492-8510 | Global Financial Services Consulting<br>23 John Galt Way<br>Mount Pleasant SC 29464-6646 |
| Gray, Layton, Kersh<br>Attorneys at Law<br>PO Box 2636<br>Gastonia NC 28053-2636 | Greenacre Ventures<br>PO Box 9170<br>Ketchum ID 83340 | Keith Johnson<br>56 Redbay Road<br>Elgin SC 29045-8685 |
| Kenneth Metzger<br>5456 Waterleaf Drive<br>Clarence NY 14031-1848 | Kevin Lyden<br>17 Guerard Road<br>Charleston SC 29407-7510 | Lake Avenue Ventures, LLC<br>23 John Galt Way<br>Mount Pleasant SC 29464-6646 |
| Lawton Hayes<br>3228 Industry Drive<br>North Charleston SC 29418-8452 | Lawton Hayes<br>PO Box 40549<br>Charleston SC 29423-0549 | Malcolm Fages<br>2508 Willington Court<br>Mount Pleasant SC 29466-8047 |
| Mark Peterson<br>7800 Computer Avenue, No. 125<br>Minneapolis MN 55435-5428 | Mulholland Consulting, LLC  c/o USCA<br>4445 Corporation Lane, Ste 259<br>Virginia Beach VA  23462 | McMaster-Carr<br>PO Box 7690<br>Chicago IL 60680-7690 |
| Mike Kelley<br>37 Broughton Road<br>Charleston SC 29407-7503 | Mulholland Consulting, LLC c/o USCA<br>1101 S Arlington Ridge Rd., Unit 807<br>Arlington VA 22202 | NC State Student Centers<br>Campus Box 7294<br>Raleigh NC 27695-0001 |
| Oilfield Labs of America, LLC<br>PO Box 60023<br>Midland TX 79711-0023 | PMH/JHH Investments, LP<br>3302 S. WW White Road<br>San Antonio TX 78222-4830 | Path X Defense, LLC<br>5221 Viking Drive, Ste.120<br>Bloomington MN 55435-5323 |
| Path X Defense, LLC<br>7800 Computer Ave., Suite 125<br>Minneapolis MN 55435-5428 | Patricia Christine Fei, Trustee of the<br> James R. Rei Revocable Trust<br>4360 Corporate Road<br>North Charleston SC 29405-7439 | Patricia Fei<br>4360 Corporate Road<br>North Charleston SC 29405-7439 |
| William Harrison Penn<br>McCarthy, Reynolds & Penn, LLC<br>1517 Laurel Street (29201)<br>PO Box 11332<br>Columbia, SC 29211-1332 | Preferred Logistics, Inc.<br>12835 Jess Pirtle Blvd<br>Sugar Land TX 77479 | Richard Shea<br>70 Commodore Road<br>Chappaqua NY 10514-2628 |
| Rick M. Crosby<br>102 W. Shipyard<br>Mount Pleasant SC 29464-6658 | Robert Fei<br>202 Beresford Creek Street<br>Charleston SC 29492-7518 | Rogers & Brown Custom Brokers, Inc.<br>PO Box 20160<br>Charleston SC 29413-0160 |

| | | |
|---|---|---|
| Scott Alderson<br>23 John Galt Way<br>Mount Pleasant SC 29464-6646 | Service Master NCR<br>Attn:  Greg Gandee<br>7551 Fordson Road<br>Alexandria VA 22306-2225 | Silicon Harbor Communications<br>Attn:  Paul Swiergosz<br>1721 Wellstead Street<br>Mount Pleasant SC 29466-8374 |
| Sujit Joe Vattenky<br>24203 1st Avenue SE<br>Bothell WA 98021-4506 | TCAB Holdings, LLC<br>2507 Washington Street<br>San Antonio TX 78261 | TNF Gothics, LLC<br>56 Redbay Road<br>Elgin SC 29045-8685 |
| Technology Sciences Group, Inc.<br>1150 18th Street, NW<br>Suite 1000<br>Washington DC 20036-3840 | Tectrucks, LLC<br>c/o Dennis Avery<br>717 14th Street<br>Port Royal SC  29935 | The Austin Strategy Group, LLC<br>c/o General Lloyd Austin III<br>300 Beach Drive, NE, Apt 209<br>Saint Petersburg FL  33701-3404 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | UEC Electronics, LLC<br>5914 Howard Street<br>Hanahan SC 29410-2615 | UPS Lockbox 577<br>Carol Stream IL 60132-0577 |
| UPS/UPS SCS Dallas<br>PO Box 650690<br>Dallas TX 75265-0690 | US Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, NE, Ste. 900<br>Atlanta, GA  30326-1382 | University of South Carolina<br>Contract & Grant Accounting<br>1600 Hampton Street, Room #612<br>Columbia SC 29201 |
| Watertech Holdings, LLC<br>Attn:  Bob Fei<br>4360 Corporate Road, Suite 100<br>North Charleston, SC 29405-7439 | | |