UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

**FILED**

FEB 13 2019

United States Bankruptcy Court
Columbia, South Carolina

IN RE: )
) B/K Case No.: 18-01358-JW
FREDERICK S. ALDERSON )
) Chapter 11
Debtor. )

## ORDER APPROVING SETTLEMENT

THIS MATTER comes before the Court upon the Notice of Settlement reached between Frederick S. Alderson (the "Debtor") and Colette Winters f/k/a Colette Alderson (the "Creditor"). There were no objections to the Notice of Settlement.

The Court was advised that prior to the filing of this bankruptcy case the Debtor and the Creditor were involved in extensive Family Court litigation concerning alimony, maintenance, support, visitation, property settlement and other issues. Through subsequent discussions and negotiations the parties have agreed to resolve their issues on the terms and conditions set forth in the proposed Settlement Agreement, which was attached to the Notice of Settlement, the terms of which are incorporated herein by reference.

I find that this matter is properly before this Court and that there were no objections to this settlement. It is, therefore

ORDERED, ADJUDGED and DECREED that the Settlement reached between the Debtor and the Creditor is hereby approved on the terms and conditions set forth herein;

IT IS SO ORDERED!

*[signature]*    2/13/19

John E. Waites
U.S. Bankruptcy Court Judge
District of South Carolina

Date

# Notice Recipients

District/Off: 0420–2     User: mobley     Date Created: 2/13/2019
Case: 18–01358–jw     Form ID: pdf01     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     George Barry Cauthen     George.Cauthen@nelsonmullins.com
aty     George Barry Cauthen     George.Cauthen@nelsonmullins.com
aty     Kevin Campbell     kcampbell@campbell–law–firm.com

TOTAL: 3