UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 20-00662-jw |
| | ) | |
| Watertech Holdings, LLC, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIMITED OBJECTION OF COLETTE WINTERS TO DEBTOR'S MOTION FOR ORDER AUTHORIZING THE SALE OF ASSETS OF THE DEBTOR FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363**

COMES NOW Colette Winters, in her individual capacity and as guardian for her children ("Winters"), by and through her undersigned counsel, and files this limited objection (the "Limited Objection") to Watertech Holdings, LLC's ("Debtor") *Motion for Order Authorizing the Sale of Assets of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Other Interests Pursuant to 11 U.S.C. § 363* (the "Sale Motion") (Doc. 6). The hearing on the Sale Motion is currently scheduled for April 1, 2020, with responses due March 23, 2020. On March 23, 2020, the Debtor filed a motion (Doc. 37) to continue the hearing on the Sale Motion to April 15, 2020 and to extend the response deadline to April 6, 2020, to which Winters has consented.

Winters hereby files this Limited Objection in an abundance of caution and as a prophylactic measure to preserve her concerns regarding the proposed bid procedures and sale terms. Winters reserves her right to file a further or supplemental objection upon review of the proposed bid procedures and sale terms.

        NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

By:  /s/George B. Cauthen
     George B. Cauthen
     Federal Bar No. 00081
     E-Mail: george.cauthen@nelsonmullins.com
     1320 Main Street/ 17th Floor
     Post Office Box 11070 (29211)
     Columbia, SC  29201
     (803) 799-2000

Attorneys for Collette Winters

Columbia, South Carolina
March 23, 2020

## CERTIFICATE OF SERVICE

I the undersigned administrative assistant with the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Collette Winters, do hereby certify that I have served all parties in this action with a copy of the pleading(s) hereinbelow specified by either mailing a copy of the same by United States Mail, postage prepaid, or electronic service through the court's CM/ECF case filing system to the following:

Pleadings: Limited Objection of Colette Winters to Debtor's Motion for Order Authorizing the Sale of Assets of the Debtor Free and Clear of Liens, Claims, Encumbrances, and Other Interests Pursuant to 11 U.S.C. § 363

Parties Served:
Watertech Holdings, LLC
Attn: Bob Fei
4360 Corporate Road, Suite 100
North Charleston, SC 29405

G. William McCarthy, Jr.
William Harrison Penn
McCarthy, Reynolds & Penn, LLC
P.O. Box 11332
Columbia, SC 29211
Email: bmccarthy@mccarthy-lawfirm.com
Email: hpenn@mccarthy-lawfirm.com

U.S. Trustee's Office
1835 Assembly St., Suite 953
Columbia, SC 29201

Elisabetta G. Gasparini
Office of U.S. Trustee
1835 Assembly St., Suite 953
Columbia, SC 29201
Email: elisabetta.g.gasparini@usdoj.gov

/s/Joan A. Kishline
Joan A. Kishline

Columbia, South Carolina
March 23, 2020

3