# UCC-1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jody A. Bedenbaugh        8037992000

**B. E-MAIL CONTACT AT FILER (optional)**
jody.bedenbaugh@nelsonmullins.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

SC SECRETARY OF STATE
190214-1504599
Lapse Date: 02/14/2024
Date: 2/14/2019
Time: 3:04 PM
Page Count: 2 Pg
Debtor Count: 1
Filing Fees: $8.00
Electronic Records Access: $8.00
Total: $16.00
Order ID#

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Alderson | Frederick | Scott | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 23 John Galt Way | Mount Pleasant | SC | 29464 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Winters | Colette | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o George B. Cauthen | P.O. Box 11070 | Columbia | SC | 29211 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

See attachment.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
055600/01500

SOUTH CAROLINA SECRETARY OF STATE'S OFFICE, 1205 Pendleton Street Suite 525 Columbia, SC 29201     (Rev. 07/01/13)

## EXHIBIT A

All of Frederick Scott Alderson's ("*Pledgor*") right, title and interest in, to and under the following, whether presently existing or hereafter acquired or arising (all of which being hereinafter collectively called the "*Collateral*"):

    (a) All of Pledgor's economic, governance, information and other rights with respect to his membership interests ("*Membership Interests*") in Global Financial Services Consulting, LLC (the "*LLC*");

    (b) Any and all monies due and to become due to Pledgor now or in the future by way of a distribution made to Pledgor pursuant to the operating agreement of the LLC or otherwise in Pledgor's capacity as a holder of the Membership Interests to the extent set forth in the Pledgor's Settlement Agreement with Secured Party ("*Settlement Agreement*");

    (c) Any other property of the LLC to which Pledgor now or in the future may be entitled in Pledgor's capacity as a holder of the Membership Interests, by way of distribution, return of capital or otherwise to the extent set forth in the Settlement Agreement;

    (d) Any other claim which Pledgor now has or may in the future acquire, in Pledgor's capacity as a holder of the Membership Interests, against the LLC or its property to the extent set forth in the Settlement Agreement; and

    (e) To the extent not otherwise included, all proceeds and products of any or all of the foregoing.

For the avoidance of doubt, this security interest shall only apply to the payment of Creditor's Claim under the Settlement Agreement, in the order in which the payment is to be received pursuant to the Settlement Agreement. Nothing herein shall be construed to increase or otherwise modify Pledgor's obligation to pay 70% of Future Income (as defined in and set forth in paragraph 9 of the Settlement Agreement).