# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−2 | User: admin | Date Created: 7/7/2020 |
| Case: 20−00662−jw | Form ID: pdf01 | Total: 10 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| aty | David C. Kimball | dkimball@robinsonbradshaw.com |
| aty | Elisabetta G. Gasparini | elisabetta.g.gasparini@usdoj.gov |
| aty | G. William McCarthy, Jr. | bmccarthy@mccarthy−lawfirm.com |
| aty | George Barry Cauthen | George.Cauthen@nelsonmullins.com |
| aty | J. Ronald Jones, Jr. | rjones@smithdebnamlaw.com |
| aty | Sean P. Markham | smarkham@markhamlawsc.com |
| aty | William Harrison Penn | hpenn@mccarthy−lawfirm.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Watertech Holdings, LLC | Attn: Bob Fei | 4360 Corporate Road, Suite 100 | North Charleston, SC 29405 |
| intp | Watertech Asset Acquisition Group, LLC | Markham Law Firm, LLC | c/o Markham Law Firm, LLC | PO Box 20074    Charleston, SC 29413−0074 UNITED STATES |

TOTAL: 2