3:01 PM  
07/02/20  
Cash Basis

# Paerosol
## Profit & Loss
### January through March 2020

| CASH | Jan - Mar 20 |
|---|---:|
| **Income** | |
| Income | 12,000.00 |
| **Total Income** | 12,000.00 |
| **Gross Profit** | 12,000.00 |
| **Expense** | |
| Bank fee | 621.08 |
| Consultant - Support | 100,462.38 |
| Interest Expense- CMG Loan | 57,879.74 |
| Office / Warehouse Support | 9,846.75 |
| Operations Management | 232,000.00 |
| Parts / Manufacturing | 63,407.87 |
| Patent license | 40,000.00 |
| Rent | 9,000.00 |
| Shipping- Postage | 1,411.90 |
| Travel / Transportation Auto | 5,091.71 |
| Utilities | 3,139.26 |
| **Total Expense** | 522,860.69 |
| **Net Income** | **-510,860.69** |